UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re: Robert G. Rumbold & Laura L. Rumbold
            Debtor(s)

Case No. _____

Chapter: __7__

Please Check the Appropriate Box.

For Debtor:

[ ] Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

For Joint Debtor, if applicable:

[ ] Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

---

For Debtor:

[xx] No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ] No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

For Joint Debtor, if applicable:

[xx] No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ] No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: _/s/ Robert Rumbold_         Date: NOV - 5 2013

Signature of Joint Debtor: _/s/ Laura Rumbold_    Date: NOV - 5 2013

Payment Advices Cover Sheet 4/1/06                Deputy Clerk's Initials: _____